# EXHIBIT 4

Date  07/17/2025  
Time  12:21:37 PM

**Jerry Holland**  
Supervisor of Elections  
**Voter Registration Receipt**

Duval County, FL

| | |
|---|---|
| Regn Number | 124914770 |
| Voter Name | **Gabriel, Emmanuel M** |
| Residence | |
| | **Jacksonville FL** |
| Mailing Address | none |
| Voter Status | 1(A) Active Voter |
| Birth Date | 1980 |
| Sex | M |
| Race | 2 |
| Party | Npa |
| Registration Date | Jul/14/2017 |
| Assistance Required | N |