UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES C. WALDORF, M.D.,

    Plaintiff,

v.                                             Case No.: 3:24-cv-00657-MMH-MCR

MAYO CLINIC, a Minnesota
non-profit corporation;
MAYO CLINIC JACKSONVILLE,
a Florida non-profit corporation; and
MAYO CLINIC FLORIDA, a Florida
non-profit corporation,

    Defendants.
_____/

### NOTICE OF FILING DEPOSITION TRANSCRIPT AND EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 30(f)(4), Plaintiff James C. Waldorf, M.D. hereby gives notice of filing the following deposition transcript, with exhibits, for the Court's consideration of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (ECF No. 64):

    1.    Deposition of Jason Sluzevich, with exhibits.

Dated: July 21, 2025

Respectfully submitted,

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
           Professional Association

By: s/ John G. Woodlee
    Michael E. Lockamy
    Florida Bar No. 69626
    Email: mel@bedellfirm.com
    John G. Woodlee
    Florida Bar No. 0100990
    Email: jgw@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone: (904) 353-0211
    Facsimile: (904) 353-9307

              -and-

FORTUNE LAW OFFICES, P.A.
    Scott Thomas Fortune
    Florida Bar No. 342815
    Primary Email: sfortune@fortunelegal.com
    814 1st Street North, Suite 100
    Jacksonville Beach, Florida 32250
    Telephone: (904) 246-2125
    Facsimile: (904) 246-1551

Counsel for Plaintiff James C. Waldorf, M.D.